UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                          CASE NO.: 18-19470-RAM
Rigo Alexander Folgar
Stephanie Morales                               CHAPTER 13

_____DEBTORS  /

## MOTION TO ALLOW PURCHASE OF VEHICLE

**COME NOW**, the Debtors, Rigo Alexander Folgar and Stephanie Morales, by and through their undersigned counsel and move this Honorable Court for an Order Allowing Purchase of Vehicle and as grounds therefore state:

1. Debtors filed a voluntary petition for bankruptcy under Chapter 13 on August 2, 2018.
2. Debtors are seeking permission from this Court to allow them to enter into a contract to purchase a 2017 Audi Q3. A copy of the purchase agreement is attached hereto as "Exhibit A".
3. Under said contract, debtor is only giving a $500.00 down payment that is being paid by debtors income.

**WHEREFORE,** the Debtors, Rigo Alexander Folgar and Stephanie Morales, respectfully requests this Court enter an Order Granting Debtors' Motion to Allow Purchase of vehicle.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

Respectfully Submitted:

**Law Offices of Patrick L. Cordero, Esq.**
Attorney for Debtors
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855
    /s/  (FILED CM/ECF)
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992

# "Exhibit A"

**LAW 553-FL-ARB-eps 9/19**

## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE
### (WITH ARBITRATION PROVISION)

| Buyer Name and Address | Co-Buyer Name and Address | Seller - Creditor (Name and Address) |
|---|---|---|
| Rigo Alexander Folgar<br>11556 SW 254 ST,<br>HOMESTEAD, FL, 33032<br>Buyer's Birth Month: FEB | Co-Buyer's Birth Month: | Ambar Motors Inc<br>4875 NW 77th Ave,<br>Doral, FL, 33166 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller-Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis at the Base Rate of ___16.09___ % per year. The Truth-In-Lending Disclosures below are part of this contract.

You have thoroughly inspected, accepted, and approved the vehicle in all respects.

| New/Used/Demo | Year | Make and Model | Weight (lbs.) | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| Used | 2017 | AUDI Q3 | | WA1BCCFS4HR017105 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural  ☐ _____ |

You agree that we advised you whether, based on seller's knowledge, the vehicle was titled, registered, or used as a taxicab, police vehicle, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $500.00 is |
|---|---|---|---|---|
| 16.09 % | $ 14,066.59 | $ 24,879.65 | $ 38,946.24 | $ 39,446.24 |

(e) means an estimate

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 540.92 | Monthly beginning 03/06/2021 |

Or As Follows:

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of __5__ % of each installment.

**Prepayment.** If you pay early, you may have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, prepayment penalties, any required repayment in full before the scheduled date and security interest.

**WARRANTIES SELLER DISCLAIMS**
Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**Returned Payment Charge:** If any check or other payment instrument you give us is dishonored or any electronic payment you make is returned unpaid, you will pay a charge of $25 if the payment amount is $50 or less; $30 if the payment amount is over $50 but not more than $300; $40 if the payment amount is over $300; or such amount as permitted by law.

Florida documentary stamp tax required by law in the amount of $ 87.15 has been paid or will be paid directly to the Department of Revenue.
Certificate of Registration No. _____.

You assign all manufacturer rebates and cash back incentives used as a downpayment on this contract to seller. You agree to complete all documents required for assignment of rebates and incentives.

Buyer Signs X _____ Co-Buyer Signs X _____ LAW 553-FL-ARB-eps 9/19 v1 Page 1 of 6